IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| | ) | NO. 20 C 1057 |
| vs. | ) ) | |
| | ) | JUDGE SHARON JOHNSON COLEMAN |
| BEYOND EXHIBIT LOGISTICS, INC., an Illinois corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against

Defendant, BEYOND EXHIBIT LOGISTICS, INC., an Illinois corporation, in the total amount of

$5,147.74, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,262.50.

On February 18, 2020, the Summons and Complaint was served on the Registered Agent (by

tendering a copy of said documents to his receptionist, Anna Smith) at his place of business (a copy

of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was

due on March 10, 2020. As Defendant has failed to timely answer the Complaint, Plaintiffs

respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
Email: cscanlon@baumsigman.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>8th</u> day of <u>July 2020</u>:

> Mr. Jim Duggan, Registered Agent
>    for Beyond Exhibit Logistics, Inc.
> Duggan Bertsch, LLC
> 303 W. Madison Street, Suite 1000
> Chicago, IL   60606-3321
>
> Mr. Adam P. Silverman
> Adelman & Gettleman, Ltd.
> 53 W. Jackson Boulevard, Suite 1050
> Chicago, IL   60604-3786
>
> Mr. Michael W. Grivas, President
> Beyond Exhibit Logistics, Inc.
> 1055 American Pacific Drive
> Building 13, Suite F
> Henderson, NV   89074-8762
>
> Mr. Michael W. Grivas, President
> Beyond Exhibit Logistics, Inc.
> 8778 100th Street
> Pleasant Prairie, WI   53158-2213

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Beyond Exhibit Logistics\motion for default and judgment.cms.df.wpd